IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBIN DEANNA SCARBROUGH** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:04CV119** |
| | § | |
| **CHEVRON U.S.A., INC.** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Defendant's Motion for Summary Judgment. The Court, after a review and consideration of the Defendant's Motion, Plaintiff's Response, the pleadings on file and the relevant law, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed. All remaining pending motions are hereby rendered moot, and each party shall pay its own costs.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE